**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6236**

MONROE BERNARD WASHINGTON, a/k/a Keith E. Washington,

Plaintiff - Appellant,

v.

MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, Agents and Supervisory Officials; SERGEANT BRIAN LEWIS; SERGEANT ALLEN GRAHAM; LIEUTENANT VAUGHN WHITEMAN; RONALD STOTLER, f/k/a Chief of Security; KEITH ARNOLD, Assistant Warden at N.B.C.I. Facility,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:22-cv-02424-SAG)

Submitted:  August 28, 2025                    Decided:  September 3, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monroe Bernard Washington, Appellant Pro Se.  Teresa M. Kelly, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monroe Bernard Washington appeals the district court's order granting Defendants' motion to dismiss and for summary judgment on Washington's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Washington v. Md. Dep't of Safety & Corr. Servs.*, No. 1:22-cv-02424-SAG (D. Md. Mar. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*